Law Firm of
**Susan K Marcus LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

June 9, 2023

<u>VIA ECF</u>

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
Application granted. SO ORDERED.

June 14, 2023   /s/ John G. Koeltl
New York, NY    John G. Koeltl, U.S.D.J.
```

*Re: United States v. Paul Antonio Liz, 22 Cr. 648 (JGK)*

Dear Judge Koeltl:

    I write to request two minor modifications of Mr. Liz's bond conditions. First, I request that Mr. Liz be granted permission to travel to Orlando, Florida from June 22-26, 2023 to be with his son.

    Second, Mr. Liz's current travel restrictions are within the Southern and Eastern Districts of New York. I request that Mr. Liz's bond conditions be modified to include travel to the District of New Jersey.

    Both his pretrial officer, Officer Aguilar-Adan and AUSA Amanda Weingarten consent to these modifications.

    Thank you for your consideration of this request.

                                                  Sincerely,

                                                  Susan K. Marcus, Esq.