UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA
:
: CONSENT PRELIMINARY ORDER
- v. - OF FORFEITURE/
: MONEY JUDGMENT
PAUL ANTONIO LIZ,
: S2 22 Cr. 648 (JGK)
Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about March 19, 2024, PAUL ANTONIO LIZ (the "Defendant"), was charged in a Superseding Information, S2 22 Cr. 648 (JGK) (the "Superseding Information"), with conspiracy to operate an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, the Superseding Information included a forfeiture allegation, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any property real or personal, involved in the offense charged in Count One of the Superseding Information, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Superseding Information;

WHEREAS, on or about March 19, 2024, the Defendant pled guilty to Count One of the Superseding Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Superseding Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $578,693.53 in United States currency, representing property involved in the offense charged in Count One of the Superseding Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $578,693.53 in United States currency representing the amount of property involved in the offense charged in Count One of the Superseding Information; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count One of the Superseding Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Thomas S. Burnett and Amanda C. Weingarten, of counsel, and the Defendant and his counsel, Susan K. Marcus, Esq., that:

1. As a result of the offense charged in Count One of the Superseding Information, to which the Defendant pled guilty, a money judgment in the amount of $578,693.53 in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Count One of the Superseding Information, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant PAUL ANTONIO LIZ, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern

District of New York, Attn: Illicit Funds and Money Laundering Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.  The United States Department of Treasury or its designee shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.  Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas.

7.  The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     2/29/2024
THOMAS S. BURNETT                         DATE
AMANDA C. WEINGARTEN
Assistant United States Attorneys
26 Federal Plaza
New York, NY 10007
(212) 637-1064/2257

PAUL ANTONIO LIZ


By: _____     3/19/24
PAUL ANTONIO LIZ                          DATE


By: _____     3/19/24
SUSAN K. MARCUS, ESQ.                     DATE
Attorney for Defendant
29 Broadway, Suite 1412
New York, NY 10006


SO ORDERED:

_____          3/19/24
HONORABLE JOHN G. KOELTL                   DATE
UNITED STATES DISTRICT JUDGE